UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No: 1:20-12229

| | |
|---|---|
| Umuoji Improvement Union <br> (North America) Inc <br>                 Plaintiff, <br> v. <br> Umuoji Improvement Union <br> (North America); <br> Umuoji Improvement Union <br> Massachusetts, Inc; <br> Victor Ide Okoye & Ogor Okoye <br>                 Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ASSENTED MOTION TO WITHDRAW

Now come Attorney Godson A. Anosike and his clients, Defendants in the above entitled matter and mutually request that Attorney Anosike withdraw from representing Defendants in the above entitled matter

WHEREFORE, Defendants and their Attorney request that this motion be allowed

Respectfully submitted
Defendants and their Attorney

_____        _____
/s/ Godson Achebe Anosike                    /s/ Victor Ide Okoye, 857 266-7138     /
2 Denton Street, #1                                    20 Central Avenue
Brockton, MA 02301                                  Lynn, MA 01901
(617) 319-7661
BBO#: 646346;
Email: Godsonanosike@yahoo.com        _____
Date: 03/01/2021                                         /s/ Ogor Winnie Okoye, 781 521-7082
                                                                    20 Central Avenue
                                                                    Lynn, MA 01901

1