## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSTTS

| | | |
|---|---|---|
| **UMUOJI IMPROVEMENT UNION (NORTH AMERICAN), INC.,** *Plaintiff* | § § § § | 1:20-cv-12229-NMG |
| **VS** | § § § § | |
| **UMUOJI IMPROVEMENT UNION (NORTH AMERICA), INC, UMUOJI IMPROVEMENT UNION, MASSACHUSETTS INC., VICTOR IDE OKOYE AND OGOR OKOYE** *Defendants* | § § | |

<u>Defendants' Notice to Court Pursuant to the Court's Memorandum and Order on Plaintiff's Motion for Preliminary Injunction Dated May 4, 2021</u>

Now comes Counsel for the aforementioned Defendants, who through this filing seeks to notify this Court that Defendants are agreeable to the court's appointment of a master and/or custodian as outlined in the Memorandum and Order of this Court dated May 4, 2021, whose role would be limited to the supervision of an emergency meeting of the membership to chose managers of the organization, oversee the adoption of a new, comprehensible by-laws and make a written report to the court.

Defendants further state that their attempts to meet with the other side to settle this matter out of court was rejected by Plaintiff's Attorney on May 12, 2021 who instead of responding to this offer, merely restated the terms of their original proposal on March 4, 2021.

                                                                         Respectfully submitted,

                                                                         /s/_____
                                                                         Ogor Winnie Okoye
                                                                         BOS legal Group, LLC.
                                                                         20 Central Ave. Ste. 513
                                                                         Lynn, MA 01901
                                                                         Tel/Fax: (781-596-0151)
                                                                         Email: owo@boslegals.com

Dated: May 14, 2021

## CERTIFICATE OF SERVICE

I hereby certify that I have served Defendants' Notice of their agreement to the appointment of a master/custodian by this court on the aforementioned matter via Electronic Filing on Plaintiff's Counsel, Travis T. Pregent, Esq. on the date set forth below in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules.

Dated: May 14, 2021

/s/Ogor WinnieOkoye
_____