UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMUOJI IMPROVEMENT UNION (NORTH AMERICA), INC.<br><br>    Plaintiff<br><br>v.<br><br>UMUOJI IMPROVEMENT UNION (NORTH AMERICA), INC., UMUOJI IMPROVEMENT UNION, MASSACHUSETTS, INC., VICTOR IDE OKOYE and OGOR OKOYE<br><br>    Defendants | Civil Action No.: 1:20-CV-12229 |

**PLAINTIFF'S REQUEST FOR LEAVE TO FILE REPLY TO DEFENDANTS' NOTICE TO COURT [DOC. #37]**

Pursuant to Local Rule 7.1(b)(3), plaintiff requests leave to file a brief reply to Defendants' Notice to Court Pursuant to the Court's Memorandum and Order on Plaintiff's motion for Preliminary Injunction Dated May 4, 2021 ("Notice"). A copy of the proposed Reply is submitted as Exhibit 1. As grounds for this motion, plaintiff wishes to address certain information provided by the defendants in their Notice.

                                                  Respectfully submitted,

                                                  UMUOJI IMPROVEMENT UNION
                                                  (NORTH AMERICA), INC.,
                                                  Plaintiff,

                                                  By its attorney,

                                                  /s/ Travis T. Pregent
                                                  Travis T. Pregent (BBO: 682998)
                                                  PREGENT LAW
                                                  One State Street, 1200
                                                  Boston, MA 02109
                                                  (978) 381-3256
                                                  travis@pregentlaw.com

CERTIFICATION

    I certify that I have served this document via Notice of Electronic Filing for parties and counsel on the date set forth below in accordance with the Federal Rules of Civil Procedure and this Court's Local Rules.

                                                    /s/ Travis T. Pregent
                                                    Travis T. Pregent

Date:  May 17, 2021