UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMUOJI IMPROVEMENT UNION (NORTH AMERICA), INC.<br><br>　　　Plaintiff<br><br>v.<br><br>UMUOJI IMPROVEMENT UNION (NORTH AMERICA), INC., UMUOJI IMPROVEMENT UNION, MASSACHUSETTS, INC., VICTOR IDE OKOYE and OGOR OKOYE<br><br>　　　Defendants | Civil Action No.: 1:20-CV-12229 |

**PLAINTIFF'S REPLY TO DEFENDANTS' NOTICE TO COURT [DOC. #37] [LEAVE TO FILE GRANTED ON MAY 20, 2021]**

Plaintiff submits this reply memorandum in order to address certain information provided by the defendants in Defendants' Notice to Court Pursuant to the Court's Memorandum and Order on Plaintiff's motion for Preliminary Injunction Dated May 4, 2021 ("Notice").

Rather than simply notify the Court of the parties assent to the appointment of a master or custodian pursuant to the Court's Order dated May 4, 2021 ("Order"), the defendants instead seek to use the Notice as a means of scoring points by portraying the plaintiff as unreasonable. The second paragraph of the Notice states:

> Defendants further state that their attempts to meet with the other side to settle this matter out of court was rejected by Plaintiff's Attorney on May 12, 2021 who instead of responding to this offer, merely restated the terms of their original proposal on March 4, 2021.

To clarify: pursuant to the Order, on May 10, 2021, the undersigned counsel sent defendants' counsel an email with a list of mediators to consider. See Exhibit A, appended. Around this same time, defendants' counsel sent the undersigned an email stating that the

1

defendants did not wish to use a mediator and that they would ideally like to settle this matter out of court to limit expenses. The undersigned then extended an offer of settlement containing the following terms:

1. Defendants agree to stop using the Umuoji Improvement Union ("UIU") name;
2. Defendants agree to stop using UIU's IRS tax identification number; and
3. All pending litigation be dismissed with prejudice.

See <u>Exhibit B</u>, appended.

Defendants' counsel never responded to this email but instead filed the <u>Notice</u>.

Respectfully submitted,

UMUOJI IMPROVEMENT UNION
(NORTH AMERICA), INC.,

Plaintiff,

By its attorney,

<u>/s/ Travis T. Pregent</u>
Travis T. Pregent (BBO: 682998)
PREGENT LAW
One State Street, 1200
Boston, MA 02109
(978) 381-3256
travis@pregentlaw.com

<u>CERTIFICATION</u>

I certify that I have served this document via Notice of Electronic Filing for parties and counsel on the date set forth below in accordance with the Federal Rules of Civil Procedure and this Court's Local Rules.

<u>/s/ Travis T. Pregent</u>
Travis T. Pregent

Date:  May 21, 2021