# Exhibit A

**Travis Pregent <Travis@pregentlaw.com>**  Mon, May 10, 1:35 PM
(7 days ago)

Attorney Okoye:

Pursuant to the Court's Preliminary Injunction and Order of May 4, 2021, my clients will agree to retain a mediator and I have included below a list of three possible options:

Bonnie McCloud, Ret.
Nancy Staffier-Holtz, Ret.
Brad Honoroff

Please let me know if your clients agree to a mediator and if you have any preferences regarding the same.

Sincerely,

Travis

--

Travis T. Pregent, Esq.

**PREGENT LAW**

One State Street, Suite 1200, Boston, MA 02109
One Hundred Cummings Center, Suite 207P, Beverly, MA 01915
Office. *978.381.3256* | Cell. 978-317-2203 | Fax. *978.633.9048*
travis@pregentlaw.com
www.pregentlaw.com

The documents included with this electronic mail transmission contain information from the law firm of Pregent Law which is confidential and/or privileged. This information is intended to be for the use of the addressee only. Note that any disclosure, printing, photocopying, distribution or use of the contents of this e-mailed information by persons other than the addressee or an agent of the addressee, is unauthorized and prohibited. If you have received this electronic mail in error, please notify us via electronic mail reply to the sender or by telephone (978-381-3256) immediately.